**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-6754**

_____

UNITED STATES OF AMERICA

                    Plaintiff - Appellee

v.

ANGELA MUSE

                    Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Susan K. Gauvey, Magistrate Judge. (1:03-cr-00554-JFM-1)

_____

Submitted: August 16, 2012        Decided: August 21, 2012

_____

Before KING and THACKER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Angela Muse, Appellant Pro Se. Joseph Ronald Baldwin, OFFICE OF THE UNITED STATES ATTORNEY, Bonnie S. Greenberg, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Angela Muse appeals the magistrate judge's order denying her motion to dismiss the writ of continuing garnishment entered against her. The Government has filed a motion to dismiss the appeal for lack of subject matter jurisdiction. We grant the motion. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2